# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

Case No. 5:24-cv-00233-KDB-DCK

| | |
|---|---|
| JUSTIN DRAKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>COMMSCOPE TECHNOLOGIES, LLC,<br><br>Defendant. | **MOTION TO DISMISS** |

Pursuant to Fed. R. Civ. P. 12(b)(6) and Rule 7.1 of the Local Rules of Civil practice and Procedure of the United States District Court for the Western District of North Carolina, Defendant CommScope Technologies, LLC ("CommScope" or the "Company") respectfully moves to dismiss the Complaint filed by Plaintiff Justin Drake ("Drake" or "Plaintiff"). CommScope's grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Motion to Dismiss. CommScope respectfully requests that the Court dismiss Drake's Complaint with prejudice in its entirety.

Respectfully submitted this 31st day of January, 2025.

          s/ Tory Ian Summey
Tory Ian Summey
N.C. State Bar No. 46437
**Parker Poe Adams & Bernstein LLP**
620 South Tryon Street, Suite 800
Charlotte, NC 28202
T: (704) 335-9036
F: (704) 334-4706
Email: torysummey@parkerpoe.com

Jeremy D. Locklear
NC State Bar No. 50842
**Parker Poe Adams & Bernstein LLP**
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
T: (919) 828-0564
F: (919) 834-4564
Email: jeremylocklear@parkerpoe.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this date, the foregoing **MOTION TO DISMISS** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification and serve same upon counsel of record via the Court's electronic case filing system.

This 31st day of January, 2025.

                                              s/ Tory Ian Summey
                                              Tory Ian Summey
                                              N.C. State Bar No. 46437
                                              **Parker Poe Adams & Bernstein LLP**
                                              620 South Tryon Street, Suite 800
                                              Charlotte, NC 28202
                                              T: (704) 335-9036
                                              F: (704) 334-4706
                                              Email: torysummey@parkerpoe.com

                                              Jeremy D. Locklear
                                              NC State Bar No. 50842
                                              **Parker Poe Adams & Bernstein LLP**
                                              PNC Plaza
                                              301 Fayetteville Street, Suite 1400
                                              Raleigh, North Carolina 27601
                                              T: (919) 828-0564
                                              F: (919) 834-4564
                                              Email: jeremylocklear@parkerpoe.com

                                              *Attorneys for Defendant*